

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

## CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT

Re: <u>Young v. Newton et al.</u>, 1:18cv581 (AJT/JFA)

I, **Mitchell Young, #37461,** hereby consent for the appropriate prison officials to withhold from my prison account and forward to the United States District Court an initial payment of twenty percent (20%) of the greater of (a) the average monthly deposits to my account for the sixth-month period immediately preceding the filing of my complaint OR (b) the average monthly balance in my account for the sixth-month period immediately preceding the filing of my complaint. If both of these averages is less than or equal to zero, I will not be assessed an initial payment.

In addition to any initial payment, I further consent to the appropriate *prison official* to collect monthly payments from my account until I have paid the full filing fee of $350.00. These monthly payments will be equal to twenty percent (20%) of the preceding month's deposits to my inmate account. Each time the amount in my account reaches or exceeds $10.00, the appropriate prison official will forward the payment to the United States District Court. This will continue until I have paid the full filing fee of $350.00. Accordingly, I agree to maintain a balance of twenty percent (20%) of the previous month's income in my account for payment to the court. **I recognize that if I fail to maintain such a balance, my action will be <u>immediately</u> dismissed for failure to comply with the Court's order.** _My._ [Please initial]

I further acknowledge that if I am transferred before payment of the full fee, the remaining balance will be reported to the new institution with directions to continue the withdrawals of funds until the entire fee is paid. **Payment will continue, if necessary, after resolution of this action until the full filing fee is paid, even if my case is dismissed.** _My._ [Please initial]

By executing this document, I also authorize collection of any amount of costs, sanctions, and/or fee which may be imposed by the court as a result of or during this litigation, pursuant to 28 U.S.C. § 1915(f)(2)(B).

_Mitchell Young_ _____                              7/28/18 _____
Plaintiff's Signature                                                                    Date



Mitchell Young #37161
500 Flow Trail
North Prince George, VA 23860

AUG -2 2018

Clerk, United States District Court
Eastern District of Virginia
701 East Broad St
Richmond VA 23219

U.S. POSTAGE >> PITNEY BOWES
ZIP 23860 $ 000.47⁰
02 1W
0001402699 AUG 01 2018