# INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE: JOHN F. ANDERSON

CA-1:18-cv-851

DATE: 03/20/2019

TIME: 11:00am TO 11:15am

APPEARANCES OF COUNSEL FOR BY PHONE:

(X) PLAINTIFF (X) DEFENDANT ( ) PRO SE PLAINTIFF ( ) PRO SE DEFENDANT

DISCOVERY PLAN:

( ) APPROVED (X) APPROVED IN PART ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING ( ) WILL DISCUSS ( ) OTHER

(X) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE

Expert disclosure schedule:
Initial disclosures due: 5/13/19
Opposing reports due: 6/12/19
Rebuttal reports due: 6/27/19