## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Deborah E. Kane

**Electronic Device(s):** One (1) Cell phone

**Purpose and Location Of Use:** Summary Judgment Hearing

**Case No.:** 1:18-cv-00851

**Date(s) Authorized:** September 20, 2019

**IT Clearance Waived:** ____ (Yes)    ____ (No)

**APPROVED BY:** DENIED

/s/
Anthony J. Trenga
United States District/Magistrate/Bankruptcy Judge

**Date:** 9/19/19

A copy of this signed authorization must be presented upon entering the courthouse.

**IT Clearance:** _____    _____
IT Staff Member                                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**